COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name: Elizabeth A. Lousteau and Brett Clanton v. Jaime L. Noriega and Sonia A. Noriega

Appellate case number: 01-15-00254-CV

Trial court case number: 2013-35448-B

Trial court: 151st District Court of Harris County

Appellees, Jaime L. Noriega and Sonia A. Noriega, have filed a "Partially Opposed Motion to Stay Briefing Schedule," requesting that we suspend the briefing schedule pending consolidation of this appeal with the appeal in cause number 01-15-00341-CV and appellants' filing an amended brief in the consolidated appeal. Alternatively, appellees request a thirty-day extension of time in which to file their brief in this appeal. Appellees' request to suspend the briefing schedule in this appeal is **denied**. Appellees' request for an extension of time to file their brief is **granted**. Appellees' brief in this appeal is due to be filed within thirty days of the date of this order.

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
                      ☒ Acting individually    ☐ Acting for the Court

Date: October 13, 2015